UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI GHIYASVAND,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, et al.,<br><br>                              Respondents. | Case No.:  26-CV-1600 JLS (AHG)<br><br>**ORDER DENYING REQUEST FOR ATTORNEY'S FEES WITHOUT PREJUDICE AND DISMISSING CASE**<br><br>(ECF No. 5) |

On March 20, 2026, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 5), and Petitioner was granted bond in the amount of $1,500 (ECF No. 6).  Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act.  *See* ECF No. 1 at 22.  In the Court's Order, Petitioner's attorney was given thirty (30) days from the date of the Order to "submit an attorney fee application and corresponding billing records."  Order at 5.  Thirty days from the date of the Order have come and gone, and Petitioner's attorney has not submitted an attorney fee application.  *See generally* Docket.

/ / /

/ / /

/ / /

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**.  As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  April 21, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-1600 JLS (AHG)